IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| DAVID JERNIGAN,<br>　　*Plaintiff,*<br><br>VS.<br><br><br>CITY OF RENO, TEXAS,<br>　　*Defendant.* | §<br>§<br>§<br>§  Civil Case No. 5:22-cv-51-RWS-JBB<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

Before the Court is Plaintiff David Jernigan and Defendant City of Reno, Texas's Joint Stipulation of Dismissal (Docket No. 35) in the above-styled and numbered cause. The Court, after considering said Stipulation, is of the opinion the Joint Stipulation of Dismissal should be and is hereby **GRANTED**. It is therefore

**ORDERED** that the above-referenced civil action is hereby **DISMISSED WITH PREJUDICE** with each party paying its own attorneys' fees, expenses, and court costs.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 6th day of January, 2023.**

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Robert W. Schroeder III*
　　　　　　　　　　　　　　　　　　　　　　　ROBERT W. SCHROEDER III
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE